KATHARINA MOTZ, respondent,

*v.*

GEORGE J. MOTZ, appellant.

[Argued November 18th, 1909. Decided February 28th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

*Mr. Frank E. Bradner,* for the appellant.

*Mr. Nathan Kussy* and *Mr. Theodore D. Gottlieb,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Stevens in the court below.

Congregational Church Bldg. Society *v.* Trustees.        76 *Eq.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.

CONGREGATIONAL CHURCH BUILDING SOCIETY, respondents,

*v.*

TRUSTEES OF THE SOCIETY OF THE FIRST CONGREGATIONAL CHURCH OF JERSEY CITY, appellants.

[Argued November 18th and 19th, 1909.   Decided February 28th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell.

The decree appealed from is affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Howell in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.